AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br><br>April Tucker Beard; April's Mane Attraction, Inc.; and April's Mane Attraction, Inc., Academy, a/k/a April's Mane Academy<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23cv258 HSO-BWR<br>)<br>)<br>)<br>)<br>)<br>) |

## ALIAS
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* April Tucker Beard
2262 Joy Lane
Mobile, Alabama 36617
or
1303 Michigan Avenue
Mobile, Alabama 36605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deidre Lamppin Colson
Assistant United States Attorney
1575 20th Avenue
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 11/03/2023                               _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br><br>April Tucker Beard; April's Mane Attraction, Inc.; and April's Mane Attraction, Inc., Academy, a/k/a April's Mane Academy<br><br>*Defendant(s)* | Civil Action No. 1:23cv258 HSO-BWR |

## ALIAS
### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* April's Mane Attraction, Inc.
1303 Michigan Avenue
Mobile, Alabama 36605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deidre Lamppin Colson
Assistant United States Attorney
1575 20th Avenue
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  11/03/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23cv258 HSO-BWR |
| April Tucker Beard; April's Mane Attraction, Inc.; and April's Mane Attraction, Inc., Academy, a/k/a April's Mane Academy | ) |
| *Defendant(s)* | ) |

## ALIAS
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  April's Mane Attraction Inc., Academy, a/k/a April's Mane Academy
4907 Hubert Street
Moss Point, Mississippi 39563
or
1303 Michigan Avenue
Mobile, Alabama 36605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deidre Lamppin Colson
Assistant United States Attorney
1575 20th Avenue
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: _____11/03/2023_____     _____
*Signature of Clerk or Deputy Clerk*