SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
NOV 07 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23cv258 HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* April Tucker
was received by me on *(date)* 11/7/23

☒ I personally served the summons on the individual at *(place)* 1303 Michigan Ave Mobile, AL
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/7/23

_____
Server's signature

Frances Nidon SPWM
Printed name and title

155 St. Joseph
Server's address

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:23cv258-HSO-BWR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| April Tucker Beard, et al. | Personal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
April Tucker Beard

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2262 Joy Lane, Mobile, Alabama 36617

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Deidre Lamppin Colson
Assistant United States Attorney
1575 20th Avenue, Gulfport, Mississippi 39501
228-563-1560    Deidre.Colson@usdoj.gov

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve on April Tucker Beard on or before November 13, 2023.

Alternate address: 1303 Michigan Avenue, Mobile, Alabama 36605

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
Digitally signed by DEIDRE COLSON
Date: 2023.11.06 09:06:41 -06'00'

TELEPHONE NUMBER: 228-563-1560
DATE: 11/6/2023

---

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 3 | No. A43 | No. 003 | Jimmy Mitchell | 11/7/2023 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
April Tucker Beard

Address (complete only different than shown above)
1303 Michigan Ave
Mobile, AL 36605

Date: 11/7/23  Time: 11:53 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21