IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 1:23cv258-HSO-BWR**

**APRIL TUCKER BEARD;**
**APRIL'S MANE ATTRACTION, INC.; and**
**APRIL'S MANE ATTRACTION, INC., ACADEMY**
**A/K/A APRIL'S MANE ACADEMY**                            **DEFENDANTS**

**MOTION FOR CLERK'S ENTRY OF DEFAULT**

COMES NOW, the United States of America ("United States"), by and through the United States Attorney for the Southern District of Mississippi, and on behalf of the United States Department of Veterans Affairs, files its Motion for Clerk's Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and states the following in support thereof:

1. On October 5, 2023, the United States filed this action against Defendants April Tucker Beard ("Beard"), April's Mane Attraction, Inc. ("AMA"), and April's Mane Attraction Inc., Academy a/k/a April's Mane Academy ("AMA/Academy") to recover treble damages and civil penalties for violations of the False Claims Act, 31 U.S.C. §§ 3729-3733. *See* Dkt. No. 1.

2. On November 7, 2023, the United States Marshals Service served copies of the summons and complaint on Defendants. *See* Dkt. Nos. 7, 8, and 9.

3. On November 20, 2023, counsel for Defendants, Tanzanika Ruffin, Senior Partner, Law Office of Tanzanika Ruffin, located in New Orleans, Louisiana, contacted the undersigned to discuss potential resolution of the matter and to seek an extension of time within which to file an

Answer or other responsive pleading on behalf of Defendants. *See* Exhibit 1, Ruffin 11-20-23 email.

4. On November 21, 2023, the United States agreed to a thirty-day extension, up to and including December 28, 2023, within which Defendants may file an Answer or other responsive pleading. *See* Exhibit 2, Colson 11-21-23 email (*redacted*).[1]

5. On January 4, 2024, the Court issued a text only order requiring the United States to take action to move this case forward within 30 days. *See* TEXT ONLY ORDER, (Jan. 4, 2024).

6. The United States contacted Defendants' counsel on January 4, 2024, advising of the Court's 30-day deadline. At that time, the United States notified Defendants that it will be pursuing a default judgment against Defendants for treble damages. *See* Exhibit 3, Colson 01-04-24 email.

7. On January 12, 2024, opposing counsel notified the United States that she is no longer representing Ms. Beard. *See* Exhibit 4, Ruffin_Colson email chain (*redacted*).

8. On January 16, 2024, *pro se* Defendants delivered the attached document to the United States Attorney's Office for the Southern District of Mississippi. *See* Exhibit 5.

9. Defendants' document does not comply with the Federal Rules of Civil Procedure as to form, is untimely, and has not been filed with the Clerk of Court for the Southern District of Mississippi. *See* Fed. R. Civ. P. 10 and 12.

10. Even if the Court construed Exhibit 5 as an Answer or otherwise a responsive pleading, as reflected by the Court's docket, Defendants have failed to appear and file an Answer or responsive pleading in the above referenced matter.

---

[1] Pursuant to Rule 408 of the Federal Rules of Evidence, settlement discussions have been redacted.

WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests that the Clerk of Court enter a default against Defendants Beard, AMA, and AMA/Academy pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Date: January 31, 2024               Respectfully Submitted,

                                     TODD W. GEE
                                     United States Attorney for the
                                     Southern District of Mississippi

                                     *s/ Deidre Lamppin Colson*
                                     Deidre Lamppin Colson, MS Bar No. 10125
                                     Assistant United States Attorney
                                     1575 20th Avenue
                                     Gulfport, Mississippi 39501
                                     Email: deidre.colson@usdoj.gov
                                     Telephone:  (228) 563-1560

## **CERTIFICATE OF SERVICE**

I, Deidre Lamppin Colson, Assistant United States Attorney, hereby certify that on January 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF). I further certify that on January 31, 2024, a true copy of the foregoing has been emailed to aprilmaneacademy@yahoo.com, and mailed via United States Mail, postage prepaid, to Defendants as follows:

April Tucker Beard
2262 Joy Lane
Mobile, AL 36617

April's Mane Attraction, Inc.
1303 Michigan Avenue
Mobile, AL 36605

April's Mane Attraction Inc., Academy
a/k/a April's Mane Academy
4907 Hubert Street
Moss Point, MS  39563

*s/ Deidre Lamppin Colson*
Deidre Lamppin Colson
Assistant United States Attorney
