IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CASE NUMBER 1:23-cv-258 HSO-BWR |
| APRIL TUCKER BEARD; APRIL'S MANE ATTRACTION, INC.; AND APRIL'S MANE ATTRACTION, INC., ACADEMY A/K/A APRIL'S MANE ACADEMY | DEFENDANTS |

## CLERK'S ENTRY OF DEFAULT

PURSUANT TO Rule 55 (a) of the Federal Rules of Civil Procedure, I hereby certify that defendants April Tucker Beard, April's Mane Attraction, Inc., and April's Mane Attraction, Inc., Academy a/k/a April's Mane Academy are in default for their failure to timely answer, plead or otherwise defend against the Complaint [1] in the above-captioned action as reflected in the records of this office.

SO ENTERED this the 1st day of February 2024.

ARTHUR JOHNSTON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



By: _____,Clerk