IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 1:23cv258-HSO-BWR**

**APRIL TUCKER BEARD;**
**APRIL'S MANE ATTRACTION, INC.; and**
**APRIL'S MANE ATTRACTION, INC., ACADEMY**
**A/K/A APRIL'S MANE ACADEMY**                              **DEFENDANTS**

### DEFAULT JUDGMENT

The matter is now before the Court on the United States' Motion for Default Judgment in accordance with Fed. R. Civ. P. 55(b)(2).  Dkt. No. 12.  Having considered the motion, supporting declarations and documents, and the relevant statutes and jurisprudence in this matter, this Court finds that the relief the United States seeks has merit and should be granted.  This Court further finds and adjudicates as follows:

1. That Defendants, April Tucker Beard ("Beard"), April's Mane Attraction, Inc. ("AMA"), and April's Mane Attraction Inc., Academy a/k/a April's Mane Academy ("AMA/Academy") have failed to answer, plead, or otherwise defend in this action;

2. The Clerk of Court entered a default against Beard, AMA, and AMA/Academy on February 1, 2024, Dkt. No. 11;

3. By virtue of Defendants' default, Defendants admit the allegations in the United States' Complaint; and

4. In accordance with 31 U.S.C. §§ 3729(a)(1)(A)-(B), and Federal Rule of Civil Procedure 55, the United States is entitled to the judgment it seeks in this case, an

amount of $916,392.00, which is treble the single damages (3 X $235,734.00), plus 15 statutory penalties (15 X $13,946.00).

THEREFORE, this Court Grants the United States' Motion for Default Judgment and hereby enters a default judgment in favor of the United States and against April Tucker Beard, April's Mane Attraction, Inc., and April's Mane Attraction Inc., Academy a/k/a April's Mane Academy in the amount of $916,392.00, with post judgment interest accruing from the date of entry as calculated by law.  28 U.S.C. § 1961.

SO ORDERED AND ADJUDGED, this 19th day of April, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE